UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KEVIN GREENBERG, | ) |
| | ) Case No.: 1:19-cv-01865 |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| FORTUNE CIRCLE, LLC d/b/a RAMADA INDIANAPOLIS AIRPORT, and SYED HUSSAIN, | ) ) ) |
| | ) |
| Defendants. | ) |

**COMPLAINT FOR INJUNCTIVE RELIEF AND ATTORNEY'S FEES**

**COMES NOW,** Plaintiff Kevin Greenberg, by counsel, Andrea Ciobanu of CIOBANU LAW, P.C., complaining of Defendant Fortune Circle, LLC d/b/a Ramada Indianapolis Airport and Syed Hussain, and states to the Court as follows:

**Parties and Recitals**

1. Plaintiff Kevin Greenberg ("Greenberg") is an individual who resides and lives in Goose Creek, South Carolina.

2. Defendant Fortune Circle, LLC d/b/a Ramada Indianapolis Airport ("Ramada Indy Airport") was a private corporation with its state of incorporation in the state of Illinois and with an entity mailing address of 6625 N. Kostner Ave., Lincolnwood, IL 60712.

3. Defendant Syed Hussain is an individual residing at 6625 N. Kostner Ave., Lincolnwood, IL 60712, who was the President, Secretary, and Registered Agent for Ramada Indy Airport as registered with the Indiana Secretary of State.

4. Ramada Indy Airport was a hotel in Indianapolis, IN at the physical address 5601 Fortune Cir. W., Indianapolis, IN 46241.

5. Ramada Indy Airport rented rooms at certain rates for travelers.

6. Ramada Indy Airport maintained it was a "pet-friendly hotel" and that "ADA defined service animals are welcome."

7. On December 5, 2018, Ramada Indy Airport's registration with the Indiana Secretary of State was revoked.

## Jurisdiction and Venue

8. This Court has subject matter jurisdiction over this action under 28 U.S.C. § 1331 because this litigation implicates the proper interpretation and application of the federal Americans with Disabilities Act ("ADA") which prohibits discrimination on the basis of disability by public accommodations.

9. Venue is proper under 28 U.S.C. § 1391 in that Ramada Indy Airport was an entity which resided within the Indianapolis Division of the Southern District of Indiana as it is subject to personal jurisdiction of this Court in the Indianapolis Division of the Southern District of Indiana.

10. At all times relevant, Greenberg was an individual with a "disability" as defined in 42 U.S.C. § 12102.

11. Greenberg is a combat veteran who served 3 tours of duty in Iraq and Afghanistan.

12. At all times relevant, Greenberg was diagnosed with post-traumatic stress disorder ("PTSD") and corresponding severe depression.

13. At all times relevant, Greenberg had PTSD.

14. At all times relevant, Greenberg used the services of a dog named Shadow for his PTSD and PTSD-related symptoms.

15. Shadow is a service animal as defined in 28 C.F.R. § 36.104 as he was specifically trained to do work or perform tasks for Greenberg and said work or tasks are directly related to Greenberg's disability.

16. At all times relevant, the Ramada Indy Airport was a place of public accommodation and offered a good and service (i.e. hotel rooms and related services, including a continental breakfast service) that was a public accommodation.

17. On December 19, 2015, Greenberg was traveling through Indianapolis with his girlfriend and Shadow.

18. Earlier in the day on December 19, 2015, Greenberg called Ramada Indy Airport and made reservations for him and his girlfriend to stay for one night and informed Ramada Indy Airport that a service animal (i.e. Shadow) would be accompanying him.

19. On or about 8:00 p.m. on December 19, 2015, Greenberg arrived and checked into Ramada Indy Airport.

20. Shortly thereafter, Greenberg brought Shadow downstairs to the Ramada Indy Airport lobby to purchase certain personal hygiene items.

21. At that time, Greenberg also took Shadow outside Ramada Indy Airport for Shadow to relieve himself prior to going to sleep.

22. Upon reentering the Ramada Indy Airport lobby, an employee of Ramada Indy Airport requested to see proof and documentation that Shadow was a service animal.

23. Greenberg asked his then girlfriend (now wife) to go to their hotel room and retrieve documentation related to Shadow and his service as a service animal.

24. After his girlfriend returned with Shadow's documentation, Greenberg gave the documentation along with documentation regarding his own personal health to the Ramada Indy Airport employee.

25. Greenberg notified the Ramada Indy Airport that his rights were being violated and encouraged the employee to review the laws regarding service animals, to which the employee responded that Ramada Indy Airport had the right ask for any proper paperwork as they were a private company.

26. The Ramada Indy Airport employee indicated to Greenberg that a failure on Greenberg's part to show him documentation related to Shadow's status as a service animal would result in a pet fee being charged.

27. The following morning, December 20, 2015, Greenberg and his girlfriend went to the Ramada Indy Airport lobby with Shadow for the continental breakfast.

28. Upon entering the lobby, the same Ramada Indy Airport employee who questioned Greenberg the night before about Shadow told Greenberg that Shadow could not be in the breakfast or food area.

29. Greenberg's girlfriend told the Ramada Indy Airport employee that Shadow could accompany Greenberg anywhere he went since Shadow was Greenberg's service animal, to which the employee responded that no animals were allowed in the breakfast or food areas due to state law and that if Shadow were allowed into the area then all animals would be allowed into the area.

30. The Ramada Indy Airport employee told Greenberg if Shadow were to accompany him, then he would need to eat in the lobby away from where the breakfast and food area.

31. Greenberg then left Ramada Indy Airport with his girlfriend and Shadow.

32. Due to the scene made at Ramada Indy Airport and the Ramada Indy Airport employee's actions towards him, Greenberg experienced severe levels of anxiety.

33. Upon returning home, Greenberg scheduled an appointment with a mental health care provider to receive services as a direct result of the incident.

34. Greenberg wishes to have the ability to return to Ramada Indy Airport and freely use the service of a service animal without interference or harassment.

35. On January 25, 2016, Greenberg filed a Complaint against Ramada Indy Airport in the United States District Court for the Southern District of Indiana regarding this incident under cause number 1:16-cv-00196-WTL-DKL.

36. On April 5, 2018, the Clerk for the United States District Court for the Southern District of Indiana entered default against Ramada Indy Airport.

37. On December 6, 2018, the United State District Court denied Greenberg's motion for default judgment and dismissed the matter without prejudice.

38. Defendants were properly served and made aware of the proceedings and the underlying incident of those proceedings and are therefore not prejudiced in Greenberg's pursuit of the instant cause of action.

### COUNT 1: VIOLATION OF THE AMERICANS WITH DISABILITIES ACT
(Ramada Indy Airport)

39. Ramada Indy Airport denied Greenberg the full and equal enjoyment of its goods, services, facilities, privileges, advantages, and/or accommodations based on his disability in violation of 41 U.S.C. § 12181 *et seq.*

40. Ramada Indy Airport maintained and enforced a policy which denied similarly situated individuals, like Greenberg, the full and equal enjoyment of the goods, services, facilities,

privileges, advantages, or accommodations based on his disability in violation of 42 U.S.C. § 12181 *et seq.*

41. Greenberg requests the ability to return to Ramada Indy Airport and any other Ramada Inn locations and freely use his dog without interference or harassment.

### COUNT 2: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS
(Ramada Indy Airport and Hussain)

42. Defendants denied Greenberg the full and equal enjoyment of its goods, services, facilities, privileges, advantages, and/or accommodations based on his disability

43. Greenberg sustained emotional distress and anxiety as a direct result of Defendants' actions.

44. Defendants actions were extreme and outrageous and constitute intentional infliction of emotional distress under Indiana State Law.

### PRAYER FOR RELIEF

45. Greenberg prays that a judgement be entered on his behalf against Ramada Indy Airport and Hussain on all counts of this complaint that:

    A. Declares that Ramada Indy Airport conduct as alleged herein violates the ADA to the fullest extent of the law;

    B. Awards Greenberg reasonable attorney's fees and litigation costs and expenses incurred in this matter to the fullest extent of the law;

    C. Requires Ramada Indy Airport to become compliant with the ADA.;

    D. Grants injunctive relief to Greenberg allowing him to return to Ramada Indy Airport and any other Ramada Inn locations and freely use his dog without interference or harassment; and,

    E. Awards any and all other relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

Greenberg hereby demands a trial by jury of all issues so triable.

Date May 8, 2019          Respectfully Submitted,

                                     __s/ *Andrea L. Ciobanu*_____
                                     Andrea L. Ciobanu, #28942-49
                                     CIOBANU LAW, PC
                                     8910 Purdue Road, Suite 240
                                     Indianapolis IN 46268
                                     Telephone:    317.495.1090
                                     Facsimile:     866.841.2071

## CERTIFICATE OF SERVICE

I certify that on May 8, 2019 a copy of this document was mailed, by first-class United States Mail, Postage Pre-Paid, and properly addressed to the following:

Fortune Circle, LLC
c/o Syed Hussain
6625 N. Kostner Ave
Lincolnwood, IL 60712

Syed Hussain
6625 N. Kostner Ave
Lincolnwood, IL 60712

                                     Respectfully Submitted,

                                     __s/ *Andrea L. Ciobanu*_____
                                     Andrea L. Ciobanu, #28942-49
                                     CIOBANU LAW, PC
                                     8910 Purdue Road
                                     Suite 240
                                     Indianapolis IN 46268
                                     Telephone:    317.495.1090
                                     Facsimile:     866.841.2071
                                     Email:           aciobanu@ciobanulaw.com